IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr106-MHT |
| | ) | (WO) |
| STEVEN PRUITT, JR. | ) | |

## ORDER

Defendant Steven Pruitt, Jr. having withdrawn his guilty plea, it is ORDERED that the jury selection and trial are set for May 20, 2019, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. Sentencing set for April 18, 2019, is canceled.

DONE, this the 8th day of April, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**