IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr106-MHT |
| | ) | (WO) |
| STEVEN PRUITT, JR. | ) | |

OPINION AND ORDER

Defendant Steven Pruitt, Jr. moved to suppress evidence obtained as a result of the execution of a search warrant. This case is before the court on the recommendation of the United States Magistrate Judge that Pruitt's motion to suppress be denied. Also before the court are Pruitt's objections to the recommendation. Upon an independent and de novo review of the record, including a review of the transcript of the hearing before the magistrate judge, the court concludes that the objections should be overruled and the recommendation adopted.

***

Accordingly, it is ORDERED as follows:

(1) The objections (doc. no. 226) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 222) is adopted.

(3) The motion to suppress (doc. no. 215) is denied.

DONE, this the 11th day of June, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**