**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
    v.                      )         2:18cr106-MHT
                            )             (WO)
STEVEN PRUITT, JR.          )
```

**ORDER**

Because the defendant has been released from prison, *see* https://www.bop.gov/inmateloc/ (accessed February 28, 2024), it is ORDERED that defendant Steven Pruitt, Jr.'s motions for compassionate release (Doc. 332 and Doc. 342), and his incorporated motion for appointment of counsel (Doc. 332), are denied as moot.

DONE, this the 29th day of February, 2024.

　　　　　　　　　　　　　　　／s／ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**